IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN DIOR COUTURE, S.A., <br><br> Plaintiff, <br><br> v. <br><br> ZHANG ZHEN, et al., <br><br> Defendants. | Case No. 19-cv-04151 <br><br> **Judge Robert M. Dow, Jr.** <br><br> **Magistrate Judge Gabriel A. Fuentes** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Plaintiff Christian Dior Couture, S.A. ("Dior" or "Plaintiff") hereby dismiss this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| iawesome Store | 102 |
| Vina's store | 89 |

Dated this 12th day of September 2019.   Respectfully submitted,

/s/ Allyson Martin
Allyson Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Attorneys for Plaintiff Christian Dior Couture, S.A.*

1