IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN DIOR COUTURE, S.A.,<br><br>Plaintiff,<br><br>v.<br><br>ZHANG ZHEN, et al.,<br><br>Defendants. | Case No. 19-cv-04151<br><br>**Judge Robert M. Dow, Jr.**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on August 30, 2019 [45], in favor of Plaintiff Christian Dior Couture, S.A. ("Plaintiff" or "Dior") and against the Defendants Identified in Schedule A in the amount of five hundred thousand dollars ($500,000) per Defaulting Defendant for willful use of counterfeit Christian Dior Couture, S.A. in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Dior acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| ENJOININ BAGS Co., ltd. Store | 61 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant are hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

1

Dated this 12th day of September 2019.     Respectfully submitted,

                                           /s/ Allyson M. Martin
                                           Amy C. Ziegler
                                           Justin R. Gaudio
                                           Allyson M. Martin
                                           Greer, Burns & Crain, Ltd.
                                           300 South Wacker Drive, Suite 2500
                                           Chicago, Illinois 60606
                                           312.360.0080 / 312.360.9315 (facsimile)
                                           aziegler@gbc.law
                                           jgaudio@gbc.law
                                           amartin@gbc.law

                                           *Counsel for Plaintiff Christian Dior Couture, S.A.*