IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN DIOR COUTURE, S.A., <br><br> Plaintiff, <br><br> v. <br><br> ZHANG ZHEN, et al., <br><br> Defendants. | Case No. 19-cv-04151 <br><br> **Judge Robert M. Dow, Jr.** <br><br> **Magistrate Judge Gabriel A. Fuentes** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on August 30, 2019 [45], in favor of Plaintiff Christian Dior Couture, S.A. ("Plaintiff" or "Dior") and against the Defendants Identified in Schedule A in the amount of five hundred thousand dollars ($500,000) per Defaulting Defendant for willful use of counterfeit Christian Dior Couture, S.A. in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Dior acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| JJWWFunnyStore | 187 |
| Sunshine Kiss | 196 |
| Want see you again | 197 |
| Wuyihaolaixi | 198 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants are hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 19th day of September 2019.    Respectfully submitted,

                                                  /s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff Christian Dior Couture, S.A.*